NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael John Kaus, | No. CV-15-02044-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, *et al.*, | |
| Defendants. | |

Upon stipulation of the parties (Doc. 33), for dismissal as to Defendant JPMorgan Chase Bank, N.A. only, and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, as to Defendant JPMorgan Chase Bank, N.A. only, the parties to bear their own costs and attorneys' fees. JPMorgan Chase Bank, N.A. being the last remaining defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 23rd day of September, 2016.

Honorable John J. Tuchi
United States District Judge